**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Memento Mori, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Mayton Landlord, LLC (46-3120618)**<br>**FDBA  King's Daughter Landlord, LLC (90-0394661)**<br>**FDBA  Kings Daughter Tenant, LLC (80-0200938)**<br>**DBA  The Mayton Inn**<br>**DBA  The King's Daughters Inn**<br>**DBA  Rhea Hospitality**<br>**DBA  The Verandah**<br>**FDBA  DMC Historic Restoration, LLC (26-1448359)**<br>**DBA  Tonic Remedies** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8881139** |

4. **Debtor's address**

**Principal place of business**

**301 S. Academy Street**
**Cary, NC 27511**
Number, Street, City, State & ZIP Code

**Wake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Memento Mori, LLC**
_____
Name                                                                                    Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

Debtor    **Memento Mori, LLC**            Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☐ No
- ■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ■ No
  - ☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

---

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Debtor    **Memento Mori, LLC**                                                          Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 20, 2018**
                  MM / DD / YYYY

**X** **/s/ Colin Crossman** _____          **Colin Crossman** _____
    Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Jason L. Hendren** _____          Date    **September 20, 2018**
    Signature of attorney for debtor                                             MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 420-7867**          Email address    **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Memento Mori, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**September 20, 2018**</u>        *X* **/s/ Colin Crossman**
                                                        Signature of individual signing on behalf of debtor

                                                        **Colin Crossman**
                                                        Printed name

                                                        **Manager**
                                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Memento Mori, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allen Grading Co, Inc.**<br>**Attn: Managing Agent**<br>**1452 Stevens Mill Road**<br>**Goldsboro, NC 27530** | | **judgment 17 CVS 1468** | | | | **$60,419.38** |
| **Ashworth Family Limited Partnership**<br>**Attn: Managing Agent**<br>**P.O. Box 98**<br>**Cary, NC 27512** | | **business loan** | | | | **$25,000.00** |
| **Brian S. Garrett**<br>**307 Malvern Hill Lane**<br>**Morrisville, NC 27560-9972** | | **business loan** | | | | **$40,000.00** |
| **Catherine Jernigan**<br>**7727 Orange Grove Road**<br>**Chapel Hill, NC 27516** | | **business loan** | | | | **$27,803.47** |
| **Citi Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 9001016**<br>**Louisville, KY 40290** | | **credit card debt** | | | | **$33,196.43** |
| **Dr. Craig Stevens**<br>**1429 Salem Church Road**<br>**Apex, NC 27523** | | **business loan** | | | | **$68,640.68** |
| **Hal K. Bowman**<br>**207 Kelso Court**<br>**Cary, NC 27511** | | **business loan** | | | | **$50,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Memento Mori, LLC**                                              Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Herbert A. Gardner, Jr. 2443 Legacy Drive Aurora, IL 60504 | | business loan | | | | $50,000.00 |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19114-0326 | | federal withholding | | | | $175,747.00 |
| Joan Austin 701 Watts Street Durham, NC 27701 | | business loan | | | | $28,775.25 |
| Lester A. Coggins, Jr. 9595 Silver Lake Drive Leesburg, FL 34788-3406 | | business loan | | | | $67,458.77 |
| MBID Attn: Managing Agent 3408 Edgefield Road Greensboro, NC 27409 | | business loan | | | | $143,137.58 |
| Morningstar Law Group Attn: Managing Agent 421 Fayetteville Street, Suite 530 Raleigh, NC 27601 | | legal fees | | | | $27,998.23 |
| NC Department of Revenue Attn: Bankruptcy Department P.O. Box 1168 Raleigh, NC 27602-1168 | | state withholding | | | | $23,889.00 |
| Northwoods Associates, LP Attn: Managing Agent P.O. Box 4422 Cary, NC 27519 | | business loan | | | | $125,000.00 |
| PhD Posters, LLC Attn: Managing Agent 3931 Colorado Ave. Durham, NC 27707 | | business loan | | | | $25,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Memento Mori, LLC**                                        Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Susquehanna Salt Lake, LLC Attn: Managing Agent 136 E. S Temple, Suite 1400 Salt Lake City, UT 84111** | | | | | | **$107,873.00** |
| **The Sheltering Home Circle Attn: Managing Agent 1204 Broad Street Durham, NC 27705** | | **business loan** | | | | **$138,716.02** |
| **Wake County Dept. of Revenue Attn: Managing Agent P.O. Box 2331 Raleigh, NC 27602** | | **2018 real estate taxes** | | | | **$82,153.07** |
| **William Hearn 2151 Huron Drive Aiken, SC 29803** | | **business loan** | | | | **$386,064.71** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Memento Mori, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................    $    **22,956,619.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $    **1,241,921.61**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $    **24,198,540.61**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **17,201,318.64**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $    **338,320.01**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **3,269,870.41**

4.  **Total liabilities** .......................................................................................................
    Lines 2 + 3a + 3b      $    **20,809,509.06**

**Fill in this information to identify the case:**

Debtor name    **Memento Mori, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
<span style="float:right">12/15</span>

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$2,984.17** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pinnacle Financial Partners** | **Checking** | **4090** | **$8.06** |
| 3.2. | **Pinnacle Financial Partners** | **Checking** | **9224** | **$1.00** |
| 3.3. | **Capital Bank** | **Checking** | **4806** | **$32.00** |
| 3.4. | **Pinnacle Financial Partners** | **Checking** | **5703** | **$0.01** |
| 3.5. | **Pinnacle Financial Partners** | **Checking- Operating** | **6824** | **$2,648.22** |
| 3.6. | **Pinnacle Financial Partners** | **Checking- MI deposit account** | **4458** | **$37.60** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Memento Mori, LLC**                                        Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Pinnacle Financial Partners** | **Checking- KDI deposit account** | 5828 | $0.01 |
| 3.8. | **Capital Bank** | **Checking** | 1835 | $34,814.72 |
| 3.9. | **Pinnacle Financial Partners** | **Checking- DMC** | 5701 | $19.01 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                         | $40,544.80 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:                                              % of ownership | | |
| 15.1.   **Mt Charleston Landlord, LLC**          **26.58%** % | **N/A** | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                        | $0.00 |
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Debtor   **Memento Mori, LLC**
          _____   Case number *(If known)* _____
          Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Restaurant food & liquor inventory | | Unknown | N/A | $39,000.00 |

23. **Total of Part 5.**                                                                      $39,000.00

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value    **20000**  Valuation method _____  Current Value _____  **0**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** King's Daughters Inn: four (4) computers, eighteen (18) in room televisions, twenty (20) Ipads, two (2) servers, three (3) Ubiquiti 24 port switches, five (5) Ubiquiti access points, two (2) Sonos connect amps and one (1) Sono play | Unknown | N/A | $6,800.00 |

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property             page 3

Debtor    **Memento Mori, LLC**                                           Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **Mayton Inn:** **fifty (50) in room televisons, forty-seven (47) tablets, nine (9) computers, ten (10) IPads, three (3) servers, seven (7) Ubiquiti 48 port swtiches, two (2) Ubiquiti 24 port switches, twelve (12) Sonos connect and multiple amplifiers** | **Unknown** | **N/A** | **$59,600.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                                        **$66,400.00**
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Kitchen equipment located in The Verandah restaurant** | **Unknown** | **N/A** | **$150,000.00** |
| **Furniture located at The Mayton Inn** | **Unknown** | **N/A** | **$408,556.00** |
| **Furniture located at Kings Daughters Inn** | **Unknown** | **N/A** | **$248,115.00** |

51.     **Total of Part 8.**                                                                                        **$806,671.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Memento Mori, LLC**
Name

Case number *(If known)*

---

■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **The Mayton Inn<br>301 S. Academy Street<br>Cary, NC<br>(tax value $7,557,699)** | Fee simple | Unknown | Appraisal | $17,400,000.00 |
| 55.2.  **The King's Daughters Inn<br>204 N. Buchanan Blvd.<br>Durham, NC<br>($1,934,332 tax value)** | Fee simple | Unknown | Appraisal | $4,935,000.00 |
| 55.3.  **304 Mayton View Lane, Cary<br>(tax value listed)** | Fee Simple | Unknown | N/A | $521,619.00 |
| 55.4.  **.20 acre lot located at 106 East Park Street, Cary<br>(tax value listed)** | Fee Simple | Unknown | N/A | $100,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$22,956,619.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Memento Mori, LLC** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>US trademarks: 87280967, 87280953 and 87280960 | Unknown | N/A | Unknown |
| 61. Internet domain names and websites<br>thekingsdaughtersinn.com<br>maytoninn.com<br>verandahcary.com | Unknown | N/A | Unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations<br>customer list | Unknown | N/A | Unknown |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. Notes receivable<br>Description (include name of obligor)<br>note from Mt. Charleston Landlord, LLC | 578,611.62 - | 289,305.81 = | **$289,305.81** |
| | Total face amount | doubtful or uncollectible amount | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Memento Mori, LLC**

Case number *(If known)* _____

Name

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|-----|---|
|     | Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |

**potential law suit against Town of Cary**                    **Unknown**

Nature of claim

Amount requested                              **$0.00**

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|-----|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

Add lines 71 through 77. Copy the total to line 90.                    **$289,305.81**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Memento Mori, LLC** | Case number *(If known)* _____ |
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,544.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $39,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $66,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $806,671.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $22,956,619.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $289,305.81 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,241,921.61 | + 91b. $22,956,619.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,198,540.61 |

**Fill in this information to identify the case:**

Debtor name    **Memento Mori, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

---

**2.1** | **American Express Bank, FSB**
Creditor's Name

**Attn: Managing Agent**
**4315 South 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/6/2014**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$0.00**

Value of collateral: **Unknown**

---

**2.2** | **American Express Bank, FSB**
Creditor's Name

**Attn: Managing Agent**
**4315 South 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**1/6/2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$0.00**

Value of collateral: **Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Memento Mori, LLC**
_____
Name

Case number (if know) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Bryn Mawr Equipment Finance, Inc.** | | $15,750.00 | $10,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Managing Agent**
**620 West Germantown Pike #310**
**Plymouth Meeting, PA 19462**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**8 American Metalcraft MESA27 chafing dishes, 10 American Metalcraft MESA19 chafing dishes, ice cuber, condender unit, coupling kit, water filter, ice bin and deflector, ice maker and ice dispenser**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**12/16/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ibis Capital Group LLC dba Nugrowth** | | $115,123.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Managing Agent**
**One Blue Hill Plaza, Suite 1514**
**Pearl River, NY 10965**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**4/7/2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Key Equipment Finance** | | $11,450.00 | $20,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Managing Agent**
**1000 S. McCaslin Blvd.**
**Superior, CO 80027**

**Describe debtor's property that is subject to a lien**
**precor equipment listed on invoice #00902587**

---

Debtor  **Memento Mori, LLC**                                    Case number (if know)
       Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **UCC-1** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2/10/2016** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Mercantile Capital Corp.** | **Describe debtor's property that is subject to a lien** | $5,137,500.00 | $17,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
60 N Court Ave, Ste 300
Orlando, FL 32801**

**The Mayton Inn
301 S. Academy Street
Cary, NC
(tax value $7,557,699)**

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **10/2014** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9000** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. USEDLC, LLC** | ☐ Disputed |
| **2. Mercantile Capital Corp.** | |
| **3. Town of Cary** | |
| **4. Town of Cary** | |

---

| 2.7 | **NC Department of Revenue** | **Describe debtor's property that is subject to a lien** | $135,767.64 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Department
P.O. Box 1168
Raleigh, NC 27602-1168**

**Judgment (Wake & Durham)**

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Judgment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Memento Mori, LLC**
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Pinnacle Bank** | **Describe debtor's property that is subject to a lien** | $3,238,564.00 | $4,935,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **The King's Daughters Inn** | | |
| | **Attn: Managing Agent or Officer** | **204 N. Buchanan Blvd.** | | |
| | **5925 Farrington Road** | **Durham, NC** | | |
| | **Chapel Hill, NC 27517** | **($1,934,332 tax value)** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2008**

**Last 4 digits of account number**
**2900**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Town of Cary** | **Describe debtor's property that is subject to a lien** | $1,370,142.00 | $17,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **The Mayton Inn** | | |
| | **Attn: Managing Agent** | **301 S. Academy Street** | | |
| | **P.O. Box 8005** | **Cary, NC** | | |
| | **Cary, NC 27513** | **(tax value $7,557,699)** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2014**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

| 2.1 0 | **Town of Cary** | **Describe debtor's property that is subject to a lien** | $951,350.00 | $17,400,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Memento Mori, LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | **The Mayton Inn**<br>**301 S. Academy Street**<br>**Cary, NC**<br>**(tax value $7,557,699)** |
| **Attn: Managing Agent**<br>**P.O. Box 8005**<br>**Cary, NC 27513** | |
| Creditor's mailing address | Describe the lien<br>**Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **10/2014** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.6** | ☐ Unliquidated<br>☐ Disputed |

---

| 2.11 | **Town of Cary** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Blanket Lien** | | |

| | |
|---|---|
| **Attn: Managing Agent**<br>**P.O. Box 8005**<br>**Cary, NC 27513** | |
| Creditor's mailing address | Describe the lien<br>**UCC-1** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **11/5/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.12 | **U.S. Small Business Adminiatraton** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **For Notice Purposes Only** | | |

| | |
|---|---|
| **Attn: Managing Agent**<br>**409 3rd Street SW**<br>**Washington, DC 20416** | |
| Creditor's mailing address | Describe the lien |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 5 of 8

Debtor **Memento Mori, LLC**
Name

Case number (if know) _____

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.13 | **US Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | $59,762.00 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
1310 Madrid Street
Marshall, MN 56258**
Creditor's mailing address

**kitchen equipment**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/6/2015**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **USEDLC, LLC** | **Describe debtor's property that is subject to a lien** | $6,138,775.00 | $17,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent or Officer
1 World Trade Center, Suite 1180
Long Beach, CA 90831**
Creditor's mailing address

**The Mayton Inn
301 S. Academy Street
Cary, NC
(tax value $7,557,699)**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/2014**
**Last 4 digits of account number**
**1130**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **Xeros Inc.** | **Describe debtor's property that is subject to a lien** | $27,135.00 | $27,000.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 8

Debtor  **Memento Mori, LLC**

Name

Case number (if know)

Creditor's Name

**Attn: Managing Agent**
**250 Commercial Street**
**Suite 4002A**
**Manchester, NH 03101**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**7/14/2015**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Seal Lion washing machines**
**s/n 1409129 and 1409130**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$17,201,318.64

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alan B. Powell**<br>**Roberson, Haworth & Reese PLLC**<br>**300 North Main St, Ste 300**<br>**High Point, NC 27260** | Line  **2.8** | |
| **Christine Simpson, Town Attorney**<br>**Town of Cary**<br>**316 N. Academy Street**<br>**Cary, NC 27513** | Line  **2.9** | |
| **Christine Simpson, Town Attorney**<br>**Town of Cary**<br>**316 N. Academy Street**<br>**Cary, NC 27513** | Line  **2.10** | |
| **IRH Capital, LLC**<br>**Attn: Managing Agent**<br>**707 Skoie Blvd., Ste 540**<br>**Northbrook, IL 60062** | Line  **2.13** | |
| **John C. Cooke**<br>**Womble Bond Dickinson**<br>**555 Fayetteville Street, Suite 1100**<br>**Raleigh, NC 27601** | Line  **2.9** | |
| **John C. Cooke**<br>**Womble Bond Dickinson**<br>**555 Fayetteville Street, Suite 1100**<br>**Raleigh, NC 27601** | Line  **2.10** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Memento Mori, LLC**
_____
Name

Case number (if know)  _____

**Justin Blackhall, Esq.**
**Blackhall P.C.**
**17 State Street, Suite 4000**
**New York, NY 10004**

Line   **2.14**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Memento Mori, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Dept. of Employment Security**<br>**Attn: Managing Agent**<br>**P.O. Box 25903**<br>**Raleigh, NC 27611-5903** | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | | |
| | Last 4 digits of account number | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Durham County Tax**<br>**Administration**<br>**200 East Main Street**<br>**1st Floor, Old Courthouse**<br>**Durham, NC 27701** | **$7,297.64** | **$7,297.64** |
| | Date or dates debt was incurred<br>**July - September** | | |
| | Last 4 digits of account number **3531** | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**occupancy tax**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Memento Mori, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Durham County Tax Administration**
**200 East Main Street**
**1st Floor, Old Courthouse**
**Durham, NC 27701**

Date or dates debt was incurred

Last 4 digits of account number **5456**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2018 real estate taxes**

Is the claim subject to offset?
■ No
☐ Yes

$13,119.61  $13,119.61

---

**2.4** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19114-0326**

Date or dates debt was incurred

Last 4 digits of account number **1139**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**federal withholding**

Is the claim subject to offset?
■ No
☐ Yes

$175,747.00  $175,747.00

---

**2.5** | Priority creditor's name and mailing address

**NC Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

Date or dates debt was incurred

Last 4 digits of account number **3531**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**state withholding**

Is the claim subject to offset?
■ No
☐ Yes

$23,889.00  $23,889.00

---

**2.6** | Priority creditor's name and mailing address

**NC Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

Date or dates debt was incurred

Last 4 digits of account number **0136**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SUI**

Is the claim subject to offset?
■ No
☐ Yes

$9,180.54  $9,180.54

---

| Debtor | **Memento Mori, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,545.28 | $22,545.28 |
|---|---|---|---|---|

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July - September**

Basis for the claim:
**occupancy tax**

Last 4 digits of account number **0145**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,387.87 | $4,387.87 |
|---|---|---|---|---|

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/18**

Basis for the claim:
**food tax**

Last 4 digits of account number **0785**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,153.07 | $82,153.07 |
|---|---|---|---|---|

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/2018**

Basis for the claim:
**2018 real estate taxes**

Last 4 digits of account number
**0297,9148,1840**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,419.38 |
|---|---|---|---|

**Allen Grading Co, Inc.**
**Attn: Managing Agent**
**1452 Stevens Mill Road**
**Goldsboro, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/10/2017**

Basis for the claim:  **judgment 17 CVS 1468**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,571.47 |
|---|---|---|---|

**Allen Wilcox**
**213 Watts Street**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/3/2009**

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Memento Mori, LLC**                                    Case number *(if known)*
          Name

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,244.00** |
|---|---|---|---|

**Amadeus Hospitality Americas, Inc.**
**Attn: Managing Agent**
**29618 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,786.97** |
|---|---|---|---|

**American Express**
**Attn: Managing Agent**
**P.O. Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **credit card debt**

Last 4 digits of account number  **1007**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Ashworth Family Limited Partnership**
**Attn: Managing Agent**
**P.O. Box 98**
**Cary, NC 27512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2014**

**Basis for the claim:**  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Brian S. Garrett**
**307 Malvern Hill Lane**
**Morrisville, NC 27560-9972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2014**

**Basis for the claim:**  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Budd-Piper Roofing, Inc.**
**Attn: Managing Agent**
**506 Ramseur Street**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **5/4/2016**

**Basis for the claim:**  **Claim of Lien 16 M 1882**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,803.47** |
|---|---|---|---|

**Catherine Jernigan**
**7727 Orange Grove Road**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/14/2008**

**Basis for the claim:**  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,196.43** |
|---|---|---|---|

**Citi Bank**
**Attn: Managing Agent**
**P.O. Box 9001016**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **credit card debt**

Last 4 digits of account number  **4325**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Memento Mori, LLC**
_____          Case number (if known) _____
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$317,443.21** |
|---|---|---|---|

**Colin & Deanna Crossman**
**304 Mayton View Lane**
**Cary, NC 27511**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  11/7/2015

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,540.00** |
|---|---|---|---|

**Conde Nast Publications. LTD**
**Vouge House, Hanover Square**
**GRB W1S 1JU**

□ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,583.37** |
|---|---|---|---|

**Crave Interactive**
**Attn: Managing Agent**
**7 East 14th St #PHO**
**New York, NY 10003**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,057.73** |
|---|---|---|---|

**David Gardner**
**1025 Anna Lake Lane**
**Cary, NC 27513**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  6/28/2016

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**David Gardner**
**1025 Anna Lake Lane**
**Cary, NC 27513**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Dina Properties, LLC**
**Attn: Managing Agent**
**3504 Valley Court**
**Raleigh, NC 27612**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,615.56** |
|---|---|---|---|

**Dixon Hughes Goodman, LLP**
**Attn: Managing agent**
**2501 Blue Ridge Road #500**
**Raleigh, NC 27607**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **accounting fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

Debtor   **Memento Mori, LLC**                                          Case number (if known) _____
_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,222.87 |
|---|---|---|---|

**DN Kisley PE**
**Attn: Managing Agent**
**115 MacKenan Drive**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/2/2016**

**Basis for the claim:  judgment 16 CVM 9600**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,640.68 |
|---|---|---|---|

**Dr. Craig Stevens**
**1429 Salem Church Road**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  business loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,184.33 |
|---|---|---|---|

**Duke Energy**
**Attn: Managing Agent**
**P.O. Box 1003**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  utilties**

Last 4 digits of account number  **4440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,825.99 |
|---|---|---|---|

**Duke Energy Progress**
**Attn: Managing Agent**
**PO Box 1003**
**Charlotte, NC 28201-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  utilities**

Last 4 digits of account number  **6998**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,682.25 |
|---|---|---|---|

**Falcon Engineering**
**Attn: Managing Agent**
**1210 Trinity Road #110**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**FLSA**
**Attn: Managing Agent**
**1731 Round Rock Drive**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Hal K. Bowman**
**207 Kelso Court**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2014**

**Basis for the claim:  business loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Memento Mori, LLC**
_____    Case number (if known) _____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,364.56 |
|---|---|---|---|

**Herbert A. Gardner, Jr.**
**2443 Legacy Drive**
**Aurora, IL 60504**

Date(s) debt was incurred  **7/14/2008**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Herbert A. Gardner, Jr.**
**2443 Legacy Drive**
**Aurora, IL 60504**

Date(s) debt was incurred  **10/14/2014**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,775.25 |
|---|---|---|---|

**Joan Austin**
**701 Watts Street**
**Durham, NC 27701**

Date(s) debt was incurred  **7/14/2008**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,974.15 |
|---|---|---|---|

**Kabbage Loan**
**Attn: Managing Agent**
**P.O. Box 77073**
**Atlanta, GA 30357**

Date(s) debt was incurred  _

Last 4 digits of account number  **Loan B**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,493.33 |
|---|---|---|---|

**Kabbage Loan**
**Attn: Managing Agent**
**P.O. Box 77073**
**Atlanta, GA 30357**

Date(s) debt was incurred  _

Last 4 digits of account number  **Loan C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

**Kim & Leslie Crossman**
**3204 Cabarrus Drive**
**Greensboro, NC 27407**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Lee Gardner**
**2443 Legacy Drive**
**Aurora, IL 60504**

Date(s) debt was incurred  **10/14/2014**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Memento Mori, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,402.34** |
|---|---|---|---|
| | **Lee Gardner**<br>**2443 Legacy Drive**<br>**Aurora, IL 60504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/14/2008 | **Basis for the claim:  business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,458.77** |
|---|---|---|---|
| | **Lester A. Coggins, Jr.**<br>**9595 Silver Lake Drive**<br>**Leesburg, FL 34788-3406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/30/2009 | **Basis for the claim:  business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143,137.58** |
|---|---|---|---|
| | **MBID**<br>**Attn: Managing Agent**<br>**3408 Edgefield Road**<br>**Greensboro, NC 27409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,998.23** |
|---|---|---|---|
| | **Morningstar Law Group**<br>**Attn: Managing Agent**<br>**421 Fayetteville Street, Suite 530**<br>**Raleigh, NC 27601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  legal fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|
| | **Northwoods Associates, LP**<br>**Attn: Managing Agent**<br>**P.O. Box 4422**<br>**Cary, NC 27519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/16/2014 | **Basis for the claim:  business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Oral Technologies**<br>**Attn: Managing Agent**<br>**202 Wood Liily Lane**<br>**Cary, NC 27518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88,866.12** |
|---|---|---|---|
| | **Pat Blaser**<br>**102 Benedum Place**<br>**Cary, NC 27518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/22/2016 | **Basis for the claim:  business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Memento Mori, LLC**                                          Case number (if known) _____
         Name

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**PhD Posters, LLC**
**Attn: Managing Agent**
**3931 Colorado Ave.**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Preservation II, Inc.**
**Attn: Managing Agent**
**1020 Timber Lane**
**Wilmette, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,770.66** |
|---|---|---|---|

**PSNC Energy**
**Attn: Managing agent**
**PO Box 100256**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __utilities__

Last 4 digits of account number __4048__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,292.44** |
|---|---|---|---|

**Robert & Beth Emerson**
**1202 N. Gregson Street**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/10/2009__

**Basis for the claim:** __business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,927.25** |
|---|---|---|---|

**Robert Crossman**
**2409 Sundial Court**
**Fort Myers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/14/2008__

**Basis for the claim:** __business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,216.28** |
|---|---|---|---|

**Robert Shibley**
**805 Clarendon Road**
**Jenkintown, PA 19046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/14/2008__

**Basis for the claim:** __business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00** |
|---|---|---|---|

**Sunstone Capital**
**Attn: Managing Agent**
**1 World Trade Center, Suite 1130**
**Long Beach, CA 90831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/24/2017__

**Basis for the claim:** __business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Memento Mori, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address

**Susquehanna Salt Lake, LLC**
**Attn: Managing Agent**
**136 E. S Temple, Suite 1400**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$107,873.00**

---

**3.46** | Nonpriority creditor's name and mailing address

**The B&B Team**
**Attn: Managing Agent**
**P.O. Box 339**
**Scottsville, VA 24590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.47** | Nonpriority creditor's name and mailing address

**The Sheltering Home Circle**
**Attn: Managing Agent**
**1204 Broad Street**
**Durham, NC 27705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business loan

Is the claim subject to offset? ■ No ☐ Yes

**$138,716.02**

---

**3.48** | Nonpriority creditor's name and mailing address

**Time Warner Cable/Spectrum**
**Attn: Managing Agent**
**P.O. Box 70872**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number  9501

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  utilites

Is the claim subject to offset? ■ No ☐ Yes

**$3,787.40**

---

**3.49** | Nonpriority creditor's name and mailing address

**Time Warner Cable/Spectrum**
**Attn: Managing Agent**
**P.O. Box 70872**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number  5601

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  utilities

Is the claim subject to offset? ■ No ☐ Yes

**$868.61**

---

**3.50** | Nonpriority creditor's name and mailing address

**TKPR**
**Attn: Managing Agent**
**349 Ascot Ridge Lane**
**Greer, SC 29650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.51** | Nonpriority creditor's name and mailing address

**Vito Tanzi**
**28 Mason Drive**
**Manhasset, NY 11030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business loan

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

Debtor   **Memento Mori, LLC**
_____   Case number (if known) _____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,726.00 |
|---|---|---|---|

**Westfield Insurance**
**Attn: Managing Agent**
**P.O. Box 5001**
**Westfield Center, OH 44251**

Date(s) debt was incurred _

Last 4 digits of account number  **2278**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386,064.71 |
|---|---|---|---|

**William Hearn**
**2151 Huron Drive**
**Aiken, SC 29803**

Date(s) debt was incurred **3/24/2009**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 338,320.01 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,269,870.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,608,190.42 |

**Fill in this information to identify the case:**

Debtor name    **Memento Mori, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of Mayton garage** | |
| State the term remaining    **9/1/2019** | **Cotton House Craft Brewers, LLC** **Attn: Managing Agent** **307 S. Academt Street** **Cary, NC 27511** |
| List the contract number of any government contract    _____ | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of loft space at King's Daughter Inn** | |
| State the term remaining | |
| List the contract number of any government contract    _____ | **Denel & Gary Pugh** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Memento Mori, LLC**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)        _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Colin Crossman** | **304 Mayton View Lane Cary, NC 27511** | **Pinnacle Bank** | ■ D   **2.8** ☐ E/F _____ ☐ G _____ |
| 2.2  **Colin Crossman** | **304 Mayton View Lane Cary, NC 27511** | **USEDLC, LLC** | ■ D   **2.14** ☐ E/F _____ ☐ G _____ |
| 2.3  **Colin Crossman** | **304 Mayton View Lane Cary, NC 27511** | **Mercantile Capital Corp.** | ■ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.4  **Colin Crossman** | **304 Mayton View Lane Cary, NC 27511** | **Town of Cary** | ■ D   **2.9** ☐ E/F _____ ☐ G _____ |
| 2.5  **Colin Crossman** | **304 Mayton View Lane Cary, NC 27511** | **Town of Cary** | ■ D   **2.10** ☐ E/F _____ ☐ G _____ |

Debtor   **Memento Mori, LLC**                                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Sunstone Capital** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.7 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Dr. Craig Stevens** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.8 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Northwoods Associates, LP** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.9 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Hal K. Bowman** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.10 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Brian S. Garrett** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.11 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Ashworth Family Limited Partnership** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.12 | **Colin Crossman** 304 Mayton View Lane Cary, NC 27511 | **Ibis Capital Group LLC dba Nugrowth** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Crossman Properties, LLC** 301 S. Academy Street Cary, NC 27511 | **USEDLC, LLC** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Memento Mori, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Crossman Properties, LLC | 301 S. Academy Street Cary, NC 27511 | Mercantile Capital Corp. | ■ D  **2.6**  ☐ E/F  _____  ☐ G  _____ |
| 2.15 | Crossman Properties, LLC | 301 S. Academy Street Cary, NC 27511 | Town of Cary | ■ D  **2.9**  ☐ E/F  _____  ☐ G  _____ |
| 2.16 | Crossman Properties, LLC | 301 S. Academy Street Cary, NC 27511 | Town of Cary | ■ D  **2.10**  ☐ E/F  _____  ☐ G  _____ |
| 2.17 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Pinnacle Bank | ■ D  **2.8**  ☐ E/F  _____  ☐ G  _____ |
| 2.18 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | USEDLC, LLC | ■ D  **2.14**  ☐ E/F  _____  ☐ G  _____ |
| 2.19 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Mercantile Capital Corp. | ■ D  **2.6**  ☐ E/F  _____  ☐ G  _____ |
| 2.20 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Town of Cary | ■ D  **2.9**  ☐ E/F  _____  ☐ G  _____ |
| 2.21 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Town of Cary | ■ D  **2.10**  ☐ E/F  _____  ☐ G  _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Memento Mori, LLC**                                                    Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                           Column 2: **Creditor**

| 2.22 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Sunstone Capital | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.23 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Dr. Craig Stevens | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.24 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Northwoods Associates, LP | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.25 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Hal K. Bowman | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.26 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Brian S. Garrett | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.27 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Ashworth Family Limited Partnership | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.28 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | Ibis Capital Group LLC dba Nugrowth | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.29 | Deanna Crossman | 304 Mayton View Lane Cary, NC 27511 | American Express | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

Debtor    **Memento Mori, LLC** _____    Case number *(if known)* _____

---

██    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Deanna Crossman** | 304 Mayton View Lane<br>Cary, NC 27511 | **Budd-Piper Roofing, Inc.** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

| | | | | |
|---|---|---|---|---|
| 2.30 | **Deanna Crossman** | 304 Mayton View Lane<br>Cary, NC 27511 | **Budd-Piper Roofing, Inc.** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.31 | **Kim R. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **Mercantile Capital Corp.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Kim R. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **USEDLC, LLC** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Kim R. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **Town of Cary** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **Kim R. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **Town of Cary** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Leslie G. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **Mercantile Capital Corp.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Leslie G. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **USEDLC, LLC** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Leslie G. Crossman** | 3204 Cabarrus Drive<br>Greensboro, NC 27407 | **Town of Cary** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

---

Official Form 206H                         Schedule H: Your Codebtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Memento Mori, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Leslie G. Crossman** | **3204 Cabarrus Drive** **Greensboro, NC 27407** | **Town of Cary** | ■ D  __2.10__ ☐ E/F _____ ☐ G _____ |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Memento Mori, LLC**         Case No. _____

Debtor(s)      Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andy Albright<br>215C Altamahaw Union Ridge Road<br>Burlington, NC 27217 | | | 0.23% |
| Ashworth Family Limited Partnership<br>Attn: Managing Agent<br>P.O. Box 98<br>Cary, NC 27512 | | | 0.68% |
| Bridgepoint Civil<br>Attn: Managing Agent<br>3733 US Hwy 117N<br>Goldsboro, NC 27530 | | | 0.55% |
| Bridgepoint GC<br>Attn: Managing Agent<br>112 S. Duke Street, Ste 7<br>Durham, NC 27701 | | | 0.99% |
| Cana Investments, LLC<br>Attn: Managing Agent<br>1003 Pond Street<br>Cary, NC 27511 | | | 0.45% |
| Christine Hu<br>4089 Fennel Terrace<br>Fremont, CA 94538 | | | 2.27% |
| Colin Crossman<br>304 Mayton View Lane<br>Cary, NC 27511 | | | 39.44% |
| David Gardner<br>1025 Anna Lake Lane<br>Cary, NC 27513 | | | 2.02% |
| David Schantz<br>1600 Dogwood View Lane<br>Raleigh, NC 27614 | | | 0.45% |
| Deanna Crossman<br>304 Mayton View Lane<br>Cary, NC 27511 | | | 41.02% |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re:    **Memento Mori, LLC**                                                Case No. _____
_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dina Properties, LLC**<br>**Attn: Managing Agent**<br>**3504 Valley Court**<br>**Raleigh, NC 27612** | | | **0.27%** |
| **Elizabeth Peters**<br>**20 Lawrence Drive**<br>**Saint Louis, MO 63141** | | | **0.36%** |
| **Eno Ventures, LLC**<br>**Attn: Managing Agent**<br>**1535 Herimtage Court**<br>**Durham, NC 27707** | | | **0.32%** |
| **Eric Porter**<br>**725 Hokan Trail**<br>**Lima, OH 45805** | | | **0.51%** |
| **Erik Fredrick Revocable Trust**<br>**Attn: Managing Agent**<br>**3711 Fews Ford Lane**<br>**Durham, NC 27712** | | | **0.59%** |
| **Howard Glicksman**<br>**4106 Colville Road**<br>**Durham, NC 27707** | | | **0.23%** |
| **Jeff Schenk**<br>**1318 Dale Street, Suite 1100**<br>**Raleigh, NC 27605** | | | **0.34%** |
| **John Staddon**<br>**5 Glenmore Drive**<br>**Durham, NC 27707** | | | **0.23%** |
| **Justin Thomas**<br>**1325 Farmview Road**<br>**Hillsborough, NC 27278** | | | **0.23%** |
| **Keleher Family Irrevocable Trust**<br>**Attn: Managing Agent**<br>**301 Brooks Avenue**<br>**Raleigh, NC 27607** | | | **0.68%** |
| **Kim R. Crossman**<br>**3204 Cabarrus Drive**<br>**Greensboro, NC 27407** | | | **1.05%** |

List of equity security holders consists of 4 total page(s)

In re:   **Memento Mori, LLC** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lemon & Lemon Investments, LLC**<br>**Attn: Managing Agent**<br>**301 Keybridge Drive**<br>**Morrisville, NC 27560** | | | 0.36% |
| **Oral Technologies**<br>**Attn: Managing Agent**<br>**202 Wod Lily Lane**<br>**Cary, NC 27518** | | | 0.23% |
| **Pat Blaser**<br>**102 Benedum Place**<br>**Cary, NC 27518** | | | 0.23% |
| **Preservation II, Inc.**<br>**Attn: Managing Agent**<br>**1020 Timber Lane**<br>**Wilmette, IL 60091** | | | 0.45% |
| **Reed Frankel**<br>**8 Bryncastle Court**<br>**Durham, NC 27707** | | | 0.45% |
| **Robert Eubanks**<br>**108 Bailey Ride Drive**<br>**Morrisville, NC 27560** | | | 0.23% |
| **Sanyin Siang**<br>**601 Watts Street**<br>**Durham, NC 27701** | | | 0.27% |
| **Sheila Ogle**<br>**215 S. Academy Street**<br>**Cary, NC 27511** | | | 0.23% |
| **Sunstone Growth Fund I, LLC**<br>**Attn: Managing Agent**<br>**17 State Street, Suite 4000**<br>**New York, NY 10004** | | | 2.96% |
| **Taylor Haley**<br>**1460 Moss Rock Place**<br>**Boulder, CO 80304** | | | 0.25% |
| **Venepalli Living Trust**<br>**Attn: Managing Agent**<br>**329 Matilda Place**<br>**Cary, NC 27513** | | | 0.27% |

List of equity security holders consists of 4 total page(s)

In re:  **Memento Mori, LLC**                                              Case No. _____
_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Virucha, LLC**<br>**Attn: Managing Agent**<br>**144 Anita Way**<br>**Cary, NC 27513** | | | **0.23%** |
| **Vito Tanzi**<br>**28 Mason Drive**<br>**Manhasset, NY 11030** | | | **0.23%** |
| **White Oak Pharmacy, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 3347**<br>**Spartanburg, SC 29304** | | | **0.68%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **September 20, 2018**                        Signature  **/s/ Colin Crossman**
_____                       _____
                                                            **Colin Crossman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 4 total page(s)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __Memento Mori, LLC__ _____    Case No. _____

_____    Chapter __11__ _____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __September 20, 2018__        __/s/ Colin Crossman__

**Colin Crossman**/**Manager**
Signer/Title

Alan B. Powell
Roberson, Haworth & Reese PLLC
300 North Main St, Ste 300
High Point, NC 27260

Brian S. Garrett
307 Malvern Hill Lane
Morrisville, NC 27560-9972

Crave Interactive
Attn: Managing Agent
7 East 14th St #PHO
New York, NY 10003

Allen Grading Co, Inc.
Attn: Managing Agent
1452 Stevens Mill Road
Goldsboro, NC 27530

Bryn Mawr Equipment Finance, Inc.
Attn: Managing Agent
620 West Germantown Pike #310
Plymouth Meeting, PA 19462

Crossman Properties, LLC
301 S. Academy Street
Cary, NC 27511

Allen Wilcox
213 Watts Street
Durham, NC 27701

Budd-Piper Roofing, Inc.
Attn: Managing Agent
506 Ramseur Street
Durham, NC 27701

David Gardner
1025 Anna Lake Lane
Cary, NC 27513

Amadeus Hospitality Americas, Inc.
Attn: Managing Agent
29618 Network Place
Chicago, IL 60673

Catherine Jernigan
7727 Orange Grove Road
Chapel Hill, NC 27516

Deanna Crossman
304 Mayton View Lane
Cary, NC 27511

American Express
Attn: Managing Agent
P.O. Box 1270
Newark, NJ 07101

Christine Simpson, Town Attorney
Town of Cary
316 N. Academy Street
Cary, NC 27513

Dept. of Employment Security
Attn: Managing Agent
P.O. Box 25903
Raleigh, NC 27611-5903

American Express Bank, FSB
Attn: Managing Agent
4315 South 2700 West
Salt Lake City, UT 84184

Citi Bank
Attn: Managing Agent
P.O. Box 9001016
Louisville, KY 40290

Dina Properties, LLC
Attn: Managing Agent
3504 Valley Court
Raleigh, NC 27612

Ashworth Family Limited Partnership
Attn: Managing Agent
P.O. Box 98
Cary, NC 27512

Colin & Deanna Crossman
304 Mayton View Lane
Cary, NC 27511

Dixon Hughes Goodman, LLP
Attn: Managing agent
2501 Blue Ridge Road #500
Raleigh, NC 27607

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Colin Crossman
304 Mayton View Lane
Cary, NC 27511

DN Kisley PE
Attn: Managing Agent
115 MacKenan Drive
Cary, NC 27511

Bill Janvier
Janvier Law Firm, PLLC
311 East Edenton Street
Raleigh, NC 27601

Conde Nast Publications. LTD
Vouge House, Hanover Square
GRB W1S 1JU

Dr. Craig Stevens
1429 Salem Church Road
Apex, NC 27523

Duke Energy
Attn: Managing Agent
P.O. Box 1003
Charlotte, NC 28201

IRH Capital, LLC
Attn: Managing Agent
707 Skoie Blvd., Ste 540
Northbrook, IL 60062

Leslie G. Crossman
3204 Cabarrus Drive
Greensboro, NC 27407

Duke Energy Progress
Attn: Managing Agent
PO Box 1003
Charlotte, NC 28201-1003

Joan Austin
701 Watts Street
Durham, NC 27701

Lester A. Coggins, Jr.
9595 Silver Lake Drive
Leesburg, FL 34788-3406

Durham County Tax Administration
200 East Main Street
1st Floor, Old Courthouse
Durham, NC 27701

John C. Cooke
Womble Bond Dickinson
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

MBID
Attn: Managing Agent
3408 Edgefield Road
Greensboro, NC 27409

Falcon Engineering
Attn: Managing Agent
1210 Trinity Road #110
Cary, NC 27513

Justin Blackhall, Esq.
Blackhall P.C.
17 State Street, Suite 4000
New York, NY 10004

Mercantile Capital Corp.
Attn: Managing Agent
60 N Court Ave, Ste 300
Orlando, FL 32801

FLSA
Attn: Managing Agent
1731 Round Rock Drive
Raleigh, NC 27615

Kabbage Loan
Attn: Managing Agent
P.O. Box 77073
Atlanta, GA 30357

Morningstar Law Group
Attn: Managing Agent
421 Fayetteville Street, Suite 530
Raleigh, NC 27601

Hal K. Bowman
207 Kelso Court
Cary, NC 27511

Key Equipment Finance
Attn: Managing Agent
1000 S. McCaslin Blvd.
Superior, CO 80027

NC Department of Revenue
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602-1168

Herbert A. Gardner, Jr.
2443 Legacy Drive
Aurora, IL 60504

Kim & Leslie Crossman
3204 Cabarrus Drive
Greensboro, NC 27407

Northwoods Associates, LP
Attn: Managing Agent
P.O. Box 4422
Cary, NC 27519

Ibis Capital Group LLC dba Nugrowth
Attn: Managing Agent
One Blue Hill Plaza, Suite 1514
Pearl River, NY 10965

Kim R. Crossman
3204 Cabarrus Drive
Greensboro, NC 27407

Oral Technologies
Attn: Managing Agent
202 Wood Liily Lane
Cary, NC 27518

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

Lee Gardner
2443 Legacy Drive
Aurora, IL 60504

Pat Blaser
102 Benedum Place
Cary, NC 27518

PhD Posters, LLC
Attn: Managing Agent
3931 Colorado Ave.
Durham, NC 27707

The B&B Team
Attn: Managing Agent
P.O. Box 339
Scottsville, VA 24590

Vito Tanzi
28 Mason Drive
Manhasset, NY 11030

Pinnacle Bank
Attn: Managing Agent or Officer
5925 Farrington Road
Chapel Hill, NC 27517

The Sheltering Home Circle
Attn: Managing Agent
1204 Broad Street
Durham, NC 27705

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Preservation II, Inc.
Attn: Managing Agent
1020 Timber Lane
Wilmette, IL 60091

Time Warner Cable/Spectrum
Attn: Managing Agent
P.O. Box 70872
Charlotte, NC 28272

Westfield Insurance
Attn: Managing Agent
P.O. Box 5001
Westfield Center, OH 44251

PSNC Energy
Attn: Managing agent
PO Box 100256
Columbia, SC 29202

TKPR
Attn: Managing Agent
349 Ascot Ridge Lane
Greer, SC 29650

William Hearn
2151 Huron Drive
Aiken, SC 29803

Robert & Beth Emerson
1202 N. Gregson Street
Durham, NC 27701

Town of Cary
Attn: Managing Agent
P.O. Box 8005
Cary, NC 27513

Xeros Inc.
Attn: Managing Agent
250 Commercial Street Suite 4002A
Manchester, NH 03101

Robert Crossman
2409 Sundial Court
Fort Myers, FL 33908

U.S. Attorney
Attn: Civil Process Clerk
310 New Bern Ave, Suite 800
Raleigh, NC 27601

Robert Shibley
805 Clarendon Road
Jenkintown, PA 19046

U.S. Small Business Adminiatraton
Attn: Managing Agent
409 3rd Street SW
Washington, DC 20416

Sunstone Capital
Attn: Managing Agent
1 World Trade Center, Suite 1130
Long Beach, CA 90831

US Bank Equipment Finance
Attn: Managing Agent
1310 Madrid Street
Marshall, MN 56258

Susquehanna Salt Lake, LLC
Attn: Managing Agent
136 E. S Temple, Suite 1400
Salt Lake City, UT 84111

USEDLC, LLC
Attn: Managing Agent or Officer
1 World Trade Center, Suite 1180
Long Beach, CA 90831

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Memento Mori, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Memento Mori, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 20, 2018**

Date

**/s/ Jason L. Hendren**

**Jason L. Hendren**

Signature of Attorney or Litigant

Counsel for    **Memento Mori, LLC**

**Hendren, Redwine & Malone, PLLC**

**4600 Marriott Drive
Suite 150
Raleigh, NC 27612
(919) 420-7867 Fax:(919) 420-0475
jhendren@hendrenmalone.com**