UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MEMENTO MORI, LLC | ) | Case No. 18-04661-5-DMW |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| American Express Bank, FSB<br>Attn: Managing Agent<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | Disputed |

Dated:  September 25, 2018

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

  Brian Behr               *(via CM/ECF)*
  Office of the Bankruptcy Administrator

  Memento Mori, LLC
  301 S. Academy Street
  Cary, NC 27511

  American Express Bank, FSB
  Attn: Managing Agent
  4315 South 2700 West
  Salt Lake City, UT 84184


This the 25th day of September, 2018.

                     HENDREN, REDWINE & MALONE, PLLC

                     s/<u>Rebecca F. Redwine</u>
                     Jason L. Hendren
                     NC State Bar No. 26869
                     Rebecca F. Redwine
                     NC State Bar No. 37012
                     4600 Marriott Drive, Suite 150
                     Raleigh, NC  27612
                     Telephone:  (919) 573-1422
                     Facsimile:  (919) 420-0475
                     Email:  jhendren@hendrenmalone.com
                     Email:  rredwine@hendrenmalone.com
                     ATTORNEYS FOR DEBTOR