**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **MEMENTO MORI, LLC** | ) | **Case No. 18-04661-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| Budd-Piper Roofing, Inc.<br>Attn: Managing Agent<br>506 Ramseur Street<br>Durham, NC 27701 | Disputed |

Dated:   September 25, 2018

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Brian Behr                                    *(via CM/ECF)*
Office of the Bankruptcy Administrator

Memento Mori, LLC
301 S. Academy Street
Cary, NC 27511

Budd-Piper Roofing, Inc.
Attn: Managing Agent
506 Ramseur Street
Durham, NC 27701


This the 25th day of September, 2018.

<div style="margin-left: 50%;">

HENDREN, REDWINE & MALONE, PLLC

s/<u>Rebecca F. Redwine</u>
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

</div>