## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **MEMENTO MORI, LLC** ) | **Case No. 18-04661-5-DMW** |
| ) | **Chapter 11** |
| Debtor. ) | |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| Conde Nast Publications, LTD<br>Attn: Managing Agent<br>Vouge House, Hanover Square<br>GRB W1S 1JU | Disputed |

Dated: September 25, 2018

HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
Email: rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    Brian Behr     *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    Memento Mori, LLC
    301 S. Academy Street
    Cary, NC 27511

    Conde Nast Publications, LTD
    Attn: Managing Agent
    Vouge House, Hanover Square
    GRB W1S 1JU

This the 25th day of September, 2018.

    HENDREN, REDWINE & MALONE, PLLC

    s/<u>Rebecca F. Redwine</u>
    Jason L. Hendren
    NC State Bar No. 26869
    Rebecca F. Redwine
    NC State Bar No. 37012
    4600 Marriott Drive, Suite 150
    Raleigh, NC 27612
    Telephone: (919) 573-1422
    Facsimile: (919) 420-0475
    Email: jhendren@hendrenmalone.com
    Email: rredwine@hendrenmalone.com
    ATTORNEYS FOR DEBTOR