# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **MEMENTO MORI, LLC** ) | Case No. 18-04661-5-DMW |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF DISPUTED CLAIM

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, the Debtor hereby gives notice to the following creditor whose claim was scheduled as disputed:

| | |
|---|---|
| FLSA<br>Attn: Managing Agent<br>1731 Round Rock Drive<br>Raleigh, NC 27615 | Disputed |

Dated:   September 25, 2018

HENDREN, REDWINE & MALONE, PLLC

s/<u>Rebecca F. Redwine</u>
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day she served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

    Brian Behr                                     *(via CM/ECF)*
    Office of the Bankruptcy Administrator

    Memento Mori, LLC
    301 S. Academy Street
    Cary, NC 27511

    FLSA
    Attn: Managing Agent
    1731 Round Rock Drive
    Raleigh, NC 27615

This the 25th day of September, 2018.

                                                    HENDREN, REDWINE & MALONE, PLLC

                                                    s/<u>Rebecca F. Redwine</u>
                                                    Jason L. Hendren
                                                    NC State Bar No. 26869
                                                    Rebecca F. Redwine
                                                    NC State Bar No. 37012
                                                    4600 Marriott Drive, Suite 150
                                                    Raleigh, NC 27612
                                                    Telephone: (919) 573-1422
                                                    Facsimile: (919) 420-0475
                                                    Email: jhendren@hendrenmalone.com
                                                    Email: rredwine@hendrenmalone.com
                                                    ATTORNEYS FOR DEBTOR