**Fill in this information to identify the case:**

Debtor Name  Memento Mori, LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number:  18-04661-5-DMW

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest
12/17

This is the *Periodic Report* as of  09/30/2018  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Memento Mori, LLC holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Mt. Charleston Landlord, LLC | 26.58% | 1 |
|  |  |  |
|  |  |  |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

> *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.
>
> *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.
>
> *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.
>
> *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.
>
> *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Memento Mori, LLC                                    Case number  18-04661-5-DMW

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ /s/ Colin K Crossman
Signature of Authorized Individual

**Colin Crossman, Manager**
Printed name of Authorized Individual

Date   10/16/2018
       MM / DD / YYYY

**For individual Debtors:**

✗ _____
Signature of Debtor 1

_____
Printed name of Debtor 1

Date _____
       MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
       MM / DD / YYYY

Debtor Name   Memento Mori, LLC                                    Case number  18-04661-5-DMW

**Exhibit A: Financial Statements for Mt. Charleston Landlord, LLC**

Debtor Name   Memento Mori, LLC                                              Case number 18-04661-5-DMW

### Exhibit A-1: Balance Sheet for Mt. Charleston Landlord, LLC as of September 30, 2018

The attached balance sheet covers the most recent 3-month period of the current fiscal year (Q3). The subject entity was formed on 3/13/2018, so there is no balance sheet for 2017. This information was pulled from Quickbooks.

**Mt Charleston Landlord**
**Balance Sheet**
**As of September 30, 2018**

7:39 PM
10/14/2018
Accrual Basis

| | Sep 30, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100001 · Bank of America | -79.80 |
| **Total Checking/Savings** | -79.80 |
| **Total Current Assets** | -79.80 |
| **Other Assets** | |
| 180000 · Acquisition and Rehab | |
| Acquisition Costs | 4,817,041.67 |
| Broker Fee | 194,350.00 |
| Legal Fees | 43,599.89 |
| Loan Document Preparation Fee | 1,500.00 |
| Loan Origination Fee | 158,850.00 |
| Survey | 7,370.00 |
| Tax Verification Fee | 24,480.00 |
| Title Examination | 3,013.25 |
| Title Insurance | 7,613.05 |
| Total 180000 · Acquisition and Rehab | 5,257,817.86 |
| **Total Other Assets** | 5,257,817.86 |
| **TOTAL ASSETS** | **5,257,738.06** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200000 · Accounts Payable | 90,714.75 |
| **Total Accounts Payable** | 90,714.75 |
| **Other Current Liabilities** | |
| 247000 · Rental Deposits | 64,989.94 |
| 248000 · Tenant Security Deposits Held | 1,000.00 |
| 270999 · Accrued Interest Payable | 22,300.00 |
| **Total Other Current Liabilities** | 88,289.94 |
| **Total Current Liabilities** | 179,004.69 |
| **Long Term Liabilities** | |
| 270000 · Loans from Others | 1,228,409.17 |
| 280000 · Mortgages | 3,530,000.00 |
| **Total Long Term Liabilities** | 4,758,409.17 |
| **Total Liabilities** | 4,937,413.86 |
| **Equity** | |
| 311000 · Common | |
| 300100 · Memento Mori, LLC | 100.00 |
| 311002 · Boutique NV, LLC | 276.25 |
| Total 311000 · Common | 376.25 |
| 312000 · Series A | |
| 312001 · Chris Klutch | 175,000.00 |
| 312002 · TriHelix Investments | 100,000.00 |
| 312003 · Jeff Lyons | 75,000.00 |
| 312004 · Jason Lyons | 25,000.00 |
| 312005 · David Gardner | 250.00 |
| 312006 · MHK Holdings II, LLC | 250.00 |
| Total 312000 · Series A | 375,500.00 |
| 390000 · Membership Units | |
| 390001 · Memento Mori, LLC | 2,000.00 |
| 390002 · Boutique NV, LLC | 5,525.00 |
| 390003 · Chris Klutch | 875.00 |
| 390004 · TriHelix Investments | 600.00 |
| 390005 · Jeff Lyons | 375.00 |
| 390006 · Jason Lyons | 125.00 |
| 390007 · MHK Holdings 2, LLC | 250.00 |
| 390008 · David Gardner | 250.00 |
| 399999 · Membership Units Negator | -10,000.00 |
| Total 390000 · Membership Units | 0.00 |
| Net Income | -55,552.05 |
| **Total Equity** | 320,324.20 |
| **TOTAL LIABILITIES & EQUITY** | **5,257,738.06** |

Debtor Name   Memento Mori, LLC                                         Case number 18-04661-5-DMW

**Exhibit A-2: Statement of Income (*Loss*) for Mt. Charleston Landlord, LLC for period ending September 30, 2018**

This statement covers 1/1/18 to 9/30/18 (end of the most recent quarter). The company was founded on 3/13/2018, so there is no 2017 statement.

| Mt Charleston Landlord | | |
|---|---|---|
| **Profit & Loss** | 7:39 PM | |
| January through September 2018 | 10/14/2018 | |
| | Accrual Basis | |
| | Jan - Sep 18 | |
| **Ordinary Income/Expense** | | |
|   Income | | |
|     489000 · Lease Income | 10,833.33 | |
|   Total Income | 10,833.33 | |
|   Expense | | |
|     610000 · General & Administrative | | |
|       610200 · Dues and Subscriptions | 75.59 | |
|       610700 · Computer and Internet Expenses | 101.55 | |
|       610000 · General & Administrative - Other | 24.12 | |
|     Total 610000 · General & Administrative | 201.26 | |
|     640000 · Miscellaneous Expense | 700.00 | |
|     650000 · Finance & Insurance | | |
|       651000 · Finance | | |
|         651100 · Bank Service Charges | 179.80 | |
|         651200 · Interest Expense | 64,600.00 | |
|       Total 651000 · Finance | 64,779.80 | |
|     Total 650000 · Finance & Insurance | 64,779.80 | |
|     680000 · Utilities | | |
|       680200 · Communications | 497.34 | |
|     Total 680000 · Utilities | 497.34 | |
|     690000 · Taxes, Licenses & Reg Fees | | |
|       690002 · Property | 206.98 | |
|     Total 690000 · Taxes, Licenses & Reg Fees | 206.98 | |
|   Total Expense | 66,385.38 | |
|   Net Ordinary Income | -55,552.05 | |
| **Net Income** | **-55,552.05** | |

Debtor Name   Memento Mori, LLC                                         Case number  18-04661-5-DMW

**Exhibit A-3: Statement of Cash Flows for Mt. Charleston Landlord, LLC for period ending September 30, 2018**

This statement covers 1/1/18 to 9/30/18 (end of the most recent quarter). The company was founded on 3/13/2018, so there is no 2017 statement.

| Mt Charleston Landlord | |
|---|---:|
| **Statement of Cash Flows** | 7:41 PM |
| January through September 2018 | 10/14/2018 |
| | Jan - Sep 18 |
| **OPERATING ACTIVITIES** | |
| Net Income | -55,552.05 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 200000 · Accounts Payable | 90,714.75 |
| 247000 · Rental Deposits | 64,989.94 |
| 248000 · Tenant Security Deposits Held | 1,000.00 |
| 270999 · Accrued Interest Payable | 22,300.00 |
| Net cash provided by Operating Activities | 123,452.64 |
| **INVESTING ACTIVITIES** | |
| 180000 · Acquisition and Rehab:Acquisition Costs | -4,817,041.67 |
| 180000 · Acquisition and Rehab:Broker Fee | -194,350.00 |
| 180000 · Acquisition and Rehab:Legal Fees | -43,599.89 |
| 180000 · Acquisition and Rehab:Loan Document Preparation Fee | -1,500.00 |
| 180000 · Acquisition and Rehab:Loan Origination Fee | -158,850.00 |
| 180000 · Acquisition and Rehab:Survey | -7,370.00 |
| 180000 · Acquisition and Rehab:Tax Verification Fee | -24,480.00 |
| 180000 · Acquisition and Rehab:Title Examination | -3,013.25 |
| 180000 · Acquisition and Rehab:Title Insurance | -7,613.05 |
| Net cash provided by Investing Activities | -5,257,817.86 |
| **FINANCING ACTIVITIES** | |
| 270000 · Loans from Others | 1,228,409.17 |
| 280000 · Mortgages | 3,530,000.00 |
| 311000 · Common:300100 · Memento Mori, LLC | 100.00 |
| 311000 · Common:311002 · Boutique NV, LLC | 276.25 |
| 312000 · Series A:312001 · Chris Klutch | 175,000.00 |
| 312000 · Series A:312002 · TriHelix Investments | 100,000.00 |
| 312000 · Series A:312003 · Jeff Lyons | 75,000.00 |
| 312000 · Series A:312004 · Jason Lyons | 25,000.00 |
| 312000 · Series A:312005 · David Gardner | 250.00 |
| 312000 · Series A:312006 · MHK Holdings II, LLC | 250.00 |
| 390000 · Membership Units:390001 · Memento Mori, LLC | 2,000.00 |
| 390000 · Membership Units:390002 · Boutique NV, LLC | 5,525.00 |
| 390000 · Membership Units:390003 · Chris Klutch | 875.00 |
| 390000 · Membership Units:390004 · TriHelix Investments | 600.00 |
| 390000 · Membership Units:390005 · Jeff Lyons | 375.00 |
| 390000 · Membership Units:390006 · Jason Lyons | 125.00 |
| 390000 · Membership Units:390007 · MHK Holdings 2, LLC | 250.00 |
| 390000 · Membership Units:390008 · David Gardner | 250.00 |
| 390000 · Membership Units:399999 · Membership Units Negator | -10,000.00 |
| Net cash provided by Financing Activities | 5,134,285.42 |
| Net cash increase for period | -79.80 |
| **Cash at end of period** | **-79.80** |

Debtor Name   Memento Mori, LLC                                    Case number  18-04661-5-DMW

| | **Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Mt. Charleston Landlord, LLC for period ending September 30, 2018** |
|---|---|

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


Since the company was not in existence prior to 3/13/2018, there are no changes for the prior fiscal year. In the period between 1/1/2018 and 9/30/2018, the ownership underwent the following changes:

Mt Charleston Landlord authorized to issue 10,000 units.

Memento Mori, LLC (debtor) issued 2,000 units

Boutique NV, LLC issued 5,525 units

Currently, the remaining 2,475 remain unissued, however they are pledged for conversion therefore:

In exchange for converting debt to equity:
Chris Klutch: 875
Jeff Lyons: 375
Jason Lyons: 125
TriHelix: 500

In exchange for issuing debt:
TriHelix: 100
David Gardner: 250
MHK Holdings 2: 250

This issuance is only contingent on the parties accepting the operating agreement.

Debtor Name    Memento Mori, LLC                                         Case number  18-04661-5-DMW

### Exhibit B: Description of Operations for Mt. Charleston Landlord, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Mt Charleston Landlord, LLC is a real estate holding company to hold and lease the asset at 2755 Kyle Canyon Road, Mount Charleston, NV 89124 to the operator, Boutique NV, LLC.  Debtor's interest is as an investor and does not actively participate in the operations.

Debtor Name   Memento Mori, LLC                                    Case number  18-04661-5-DMW

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

None.

Debtor Name    Memento Mori, LLC                                             Case number 18-04661-5-DMW

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

All allocations are done on a pro-rata basis based on percentage ownership, as outlined in the operating agreement.

Debtor Name   Memento Mori, LLC                                      Case number 18-04661-5-DMW

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None.